UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>          Plaintiff,<br><br>    v.<br><br>NAVARRO, et al.,<br><br>          Defendants. | Case No. 1:20-cv-01254-AWI-SKO (PC)<br><br>**ORDER LIFTING STAY** |

On November 22, 2021, the Court issued an order staying this case and referring it to Alternative Dispute Resolution (ADR). (Doc. 27.) On December 22, 2021, Defendants filed a notice opting out of ADR. (Doc. 30.)

Accordingly, IT IS HEREBY ORDERED that the stay of this matter is LIFTED. The Court will issue a discovery and scheduling order in due course.

IT IS SO ORDERED.

Dated: __**December 22, 2021**__        /s/ *Sheila K. Oberto*     
                                                                            UNITED STATES MAGISTRATE JUDGE