1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   RUBEN FIGUEROA,                        Case No. 1:20-cv-01254-AWI-SKO (PC)

12              Plaintiff,                   **ORDER REGARDING STIPULATION
                                             FOR VOLUNTARY DISMISSAL WITH**
13        v.                                 **PREJUDICE OF DEFENDANT B. PHI**

14   NAVARRO, et al.,                        (Doc. 43)

15              Defendants.

16

17        Plaintiff Ruben Figueroa is a state prisoner proceeding *pro se* and *in forma pauperis* in

18   this civil rights action.

19        On August 17, 2022, counsel for Defendants B. Phi, M. Ramirez and J. Navarro filed a

20   Stipulation for Voluntary Dismissal with Prejudice of Defendant B. Phi. (Doc. 43.) The

21   stipulation is signed and dated by Plaintiff Ruben Figueroa and Neculai Grecea, counsel for

22   Defendant B. Phi, and indicates that each party shall bear its own costs and fees. (*Id.*)

23   //

24   //

25   //

26   //

27   //

28   //

Accordingly, as to Defendant B. Phi, this action[1] is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **August 18, 2022**                                   /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The action proceeds against Defendants M. Ramirez and J. Navarro only.