`

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>                Plaintiff,<br><br>   v.<br><br>NAVARRO, et al.,<br><br>                Defendants. | Case No. 1:20-cv-01254-AWI-SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS RAMIREZ AND NAVARRO**<br><br>(Doc. 45) |

      Plaintiff Ruben Figueroa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

      On August 18, 2022,[1] counsel for Defendants M. Ramirez and J. Navarro filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 45.) The stipulation is signed and dated by Plaintiff Ruben Figueroa and Neculai Grecea, counsel for Defendants Ramirez and Navarro, and indicates that each party shall bear its own costs and fees. (*Id*.)

//

//

//

//

//

---

[1] Defendant B. Phi was dismissed from this action on August 18, 2022. (*See* Doc. 44.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **August 19, 2022**                               /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE